LeRoy Tesiero, Respondent, *v.* Albert Kiskis, Appellant.
Theodore Levandusky, Respondent, *v.* Albert Kiskis, Appellant.

Argued April 17, 1942; decided May 28, 1942.

*Carl S. Salmon* and *Herbert F. Hastings, Jr.,* for appellant.
*Coleman Taylor* and *Joseph N. Barnett* for respondents.

In each action: Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.